■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v GILBERTO MONAREZ, Defendant. [46 NYS3d 801]—Application by the defendant for a writ of error coram nobis seeking leave to file a late notice of appeal from a judgment of the Supreme Court, Richmond County (Rooney, J.), rendered February 24, 2015.

Ordered that the application is denied.

The defendant has not established his entitlement to the relief requested (*see People v Syville*, 15 NY3d 391 [2010]). Rivera, J.P., Roman, Duffy and Brathwaite Nelson, JJ., concur.